## (January 26, 1960)

■ WILLIE JOHNSON, an Infant, v. ROSE MATTUS et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the appellants' points to be served and filed on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between THORNTON STREET REALTY Co., Appellant, and B. J. LUCARELLI & Co., INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. There are arbitrable issues raised by the demand for arbitration. In holding that arbitrable issues are presented — such as the duty to erect the steel by October 1, 1956, the liability of the owner for any delay of the independent contractor to complete that work in time, responsibility of the owner for other delays, and the timeliness of the demand for arbitration — we do not, of course, decide nor indicate any views as to any of those issues. Their resolution is exclusively in the province of the arbitrators. So, too, further particularization of the second item of the demand for arbitration is a matter for the arbitral tribunal. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.